## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

DEBORAH LAUFER,

                    Plaintiff,

       - against –

NATRUM ASSOCIATES

                 Defendant.

CIVIL ACTION
No. 3:20-cv-00941-RNC

NOVEMBER 2, 2020

## DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR
## ADMISSION PRO HAC VICE OF ATTORNEY THOMAS BACON

Defendant, Natrum Associates, hereby objects to Plaintiff's Motion for Admission Pro Hac Vice of Attorney Thomas Bacon. *See* Dkt. No. 26.  The motion should be denied because Plaintiff has failed to show good cause for Attorney Bacon to be admitted as a visiting attorney in this case. In fact, Attorney Bacon has a documented history in the state of Florida of bringing questionable Americans with Disabilities Act ("ADA") lawsuits against businesses in that state.[1] Moreover, as noted in Attorney Bacon's affidavit accompanying Plaintiff's motion, he was admonished by the Middle District of Florida, Orlando Division, related to litigation involving the ADA.[2] According to the Court, it identified three areas of concern related to the litigation: (1) the repeated failure to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's orders; (2) the filing of deficient pleadings and substantive motions; and (3) the use of ADA experts. *Id.* at *1.

As it specifically related to Attorney Bacon, the Court found, *inter alia*, that he "… repeatedly failed to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's orders" and "… served as a supervising attorney  and, as such, was (and remains) responsible for ensuring that the attorneys he supervised complied with the Federal Rules of Civil Procedure, the Local Rules, and the Court's orders…[and] fell short in meeting this responsibility

---

[1] *See South Florida leads nations in controversial disability lawsuits*, Sun Sentinel, January 11, 2014; *16 Florida lawyers face wrath of Orlando judges over 'vague, boilerplate' ADA lawsuits*, Orlando Sentinel, May 18, 2018 attached hereto as Exhibit A.

[2] A copy of the Court's order in *In Re: ADA Cases*, Case No. 6:18-mc-14-Orl-31DCI, 2018 WL 6620603 (November 13, 2018) is attached as Exhibit B.

…" *Id.* at *5.  Further, the Court found that "a fair number of negative orders were entered due to deficient pleadings and briefing."  *Id.* at 10.  According to the May 18, 2018, Orlando Sentinel news article, Attorney Bacon had sixty-one (61) negative orders entered against him.

In the present matter, Defendant argues that Plaintiff does not have a basis to bring her ADA lawsuit and has pursued dispositive motion practice arguing the same.  *See* Dkt. Nos.  13, 17, 22, 23, 24.  Based on the nature of Plaintiff's lawsuit and Attorney Bacon's documented history related to ADA claims, Defendant contends that Plaintiff has failed to show good cause to admit Attorney Bacon as a visiting attorney in this case.

WHEREFORE, Defendant, Natrum Associates, respectfully requests that the Court deny Plaintiff's Motion for Admission Pro Hac Vice of Attorney Thomas Bacon.


Respectfully submitted,
By:   /s/ Thomas H. Houlihan, Jr.
    Timothy R. Scannell
    Federal Bar No.: ct28847
    Thomas H. Houlihan, Jr.
    Federal Bar No.: ct30131
    Boyle Shaughnessy Law, P.C.
    280 Trumbull Street, 23rd Floor
    Hartford, CT 06103
    Telephone: (860) 952-9800
    Facsimile: (860) 278-7757
    Email:
    tscannell@boyleshaughnessy.com
    thoulihanjr@boyleshaughnessy.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, a copy of the foregoing Objection to Plaintiff's Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Thomas H. Houlihan, Jr.